IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD BABER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-05-479-RAW |
| | ) |
| WALTER DINWIDDIE, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the Order contemporaneously entered, the Court hereby enters this Judgment pursuant to Rule 58 F.R.Cv.P. dismissing this action.

**ORDERED THIS 9th DAY OF JANUARY, 2008.**

**Dated this 9th Day of January 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma